UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted.*
*Karen L. Litkovitz*
*11/28/18*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | : <br> : |
| | : CASE NO. 1:18-po-00006 |
| v. | : <br> : MOTION TO DISMISS |
| SAMUEL HOLTON, <br> Defendant. | : <br> : |

The United States moves to dismiss the above-captioned case.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney


    *s/ Timothy A. Landry*
    TIMOTHY A. LANDRY
    Special Assistant United States Attorney
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    Office: (513) 684-3711
    Timothy.Landry@usdoj.gov